STATE, Respondent, v. HANSON, Appellant.

(228 N. W. 623.)

(File No. 6712. Opinion filed January 28, 1930.)

*Luby & Gartland,* of Huron, for Appellant.

*M. Q. Sharpe,* Attorney General, and *Frank W. Mitchell,* Assistant Attorney General, for the State.

PER CURIAM. This cause was argued on January 7, 1930, and after careful consideration of the argument and of the entire record, we find no error, and the judgment and order appealed from are affirmed.